DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTIAN N. SCHOLIN, TRUSTEE,**
Appellant,

v.

**PARK TOWERS APARTMENTS, INC.,**
Appellee.

No. 4D21-402

[May 6, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Melanie Dale Surber, Judge; L.T. Case Nos. 502016CC010283XXXXMB and 502020AP000058CAXXMB.

Andrew A. Ostrow, West Palm Beach, for appellant.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***